IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DOUGLAS BRITT WILLIAMSON, )
)
Plaintiff, )
)
v. ) CV 318-076
)
COUNTY OF JOHNSON, GA; ANTOINE )
CALDWELL, Warden; and DEPARTMENT )
OF CORRECTION, )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 6th day of December, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE